# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| STUART GAMBLE, ADMINISTRATOR OF THE ESTATE OF EVA GAMBLE | : | No. 478 MAL 2020 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| | : | |
| COREY SHAEFFER AND KEVIN VINTON AND MARIAH MELLOT | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JULIO VILLARREAL, LORNE SWOPE AND ROBERT HUFFMAN | : | |
| | : | |
| | : | |
| PETITION OF:  COREY SHAEFFER | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.